1  Denise Bourgeois Haley
   Attorney at Law: 143709
   Law Offices of Lawrence D. Rohlfing
2  12631 East Imperial Highway, Suite C-115 Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
3  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
4
   Attorneys for Plaintiff
5  Sheryl J. Langhart

6                                                        JS-6

7              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA
8                     WESTERN DIVISION

9

10 SHERYL J. LANGHART,              )  Case No.: CV 10-05219-PA (VBK)
                                    )
11         Plaintiff,               )  ORDER OF DISMISSAL
           vs.                      )
12 MICHAEL J. ASTRUE,               )
   Commissioner of Social Security, )
13                                  )
           Defendant.               )
14                                  )
                                    )
15                                  )
                                    )
16

17    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

18
       IT IS SO ORDERED.
19
   DATE:   March 08, 2011              /s/
20                                     THE HONORABLE VICTOR B. KENTON
                                       UNITED STATES MAGISTRATE JUDGE
21

22

23

24

25

-1-